# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 04-0493-CB-C |
| INTERNATIONAL PAPER | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

On December 17, 2004, defendant International Paper filed a motion for voluntary dismissal of this action. (Doc. 17.) In support of the motion, defendant presented a letter from plaintiff, who is proceeding *pro se*, in which plaintiff states that she does not wish to pursue this lawsuit. On December 21, 2004, the Court entered an order informing plaintiff that the motion to dismiss would be granted unless she filed an objection to the motion on or before January 12, 2005. That deadline has passed, and no objection has been filed. Therefore, pursuant to Fed. R. Civ. P. 41(b), it is **ORDERED, ADJUDGED** and **DECREED** that this action be and hereby is **DISMISSED** with prejudice.

**DONE** this the 25th day of January, 2005.

s/CHARLES R. BUTLER, JR.
**UNITED STATE DISTRICT JUDGE**